## October 24, 2011

| | | |
|---|---|---|
| CAAP–10–00 00243 | State v. Daniels | Affirmed |
| CAAP–11–00 00055 | State v. Soto | Vacated and Remanded |